# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:10-CV-112-RLV-DSC

| | |
|---|---|
| ROBERT JONATHAN PRICE, et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| AUTOMOBILE PROTECTION | ) |
| CORPORATION, et. al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Benjamin Rush Smith]" (document #42). For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: September 24, 2010

David S. Cayer
United States Magistrate Judge