IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| ROBERT PRICE, CAROLYN PRICE, MARCUS CAPPELLETTI, and KELLY CAPPELLETTI, on behalf of themselves and all other persons similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>AUTOMOBILE PROTECTION CORPORATION, SONIC AUTOMOTIVE, INC., FORT MILL FORD, INC., SONIC-FORT MILL CHRYSLER JEEP, INC. d/b/a FORT MILL CHRYSLER JEEP, SONIC-FORT MILL DODGE, INC. d/b/a FORT MILL DODGE,<br><br>Defendants. | Civil Action No. 5:10-cv-00112-RLV-DSC |

**ORDER**

**THIS MATTER** is before the Court on the "Joint Motion to Stay Pending Approval of Settlement" of Plaintiffs and Defendants Sonic Automotive, Inc., Fort Mill Ford, Inc., Sonic-Fort Mill Chrysler Jeep, Inc., and Sonic-Fort Mill Dodge, Inc. (document #75). For the reasons stated therein, and having conferred with the chambers of the Honorable Richard L. Voorhees, the Court will grant the Motion. This action is **STAYED** as of this date.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Richard L. Voorhees</u>.

**SO ORDERED**.

Signed: January 20, 2012

David S. Cayer
United States Magistrate Judge